IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CAVANAUGH, an individual and as personal representative of the Estate of RICHARD BOULANGER; the Estate of RICHARD BOULANGER,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation; SHERIFF BILL GORE, individually and in his official capacity as Sheriff for the County of San Diego; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 18cv2557-BEN-LL<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER REGULATING EXPERT DISCOVERY**<br><br>[ECF No. 52] |

On August 10, 2020, the parties filed a joint motion asking the Court to modify the scheduling order regulating expert discovery. ECF No. 52. Specifically, the parties request extending rebuttal disclosure reports and expert discovery cut-off for experts Robert Fonzi and Richard Lichten only. Id. at 1-2. In support, the parties state that good cause exists to grant the requested modification because Defendants were unaware of Mr. Fonzi's vacation, and he is unable to complete his deposition and rebuttal report due to the nature of his travel. Id. at 2.

///

For good cause shown, the Court **GRANTS** the joint motion as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Rebuttal Disclosure/Reports for Fonzi/Lichten | August 14, 2020 | September 11, 2020 |
| Expert Discovery Cut-off for Fonzi/Lichten | August 28, 2020 | September 25, 2020 |

All other requirements and deadlines remain as previously set. <u>See</u> ECF Nos. 41, 45, 51. No further extensions of time will be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

Dated: August 12, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge