Case 3:18-cv-02557-BEN-LL   Document 69   Filed 11/13/20   PageID.1223   Page 1 of 1



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE CAVANAUGH, an individual and as personal representative and successor in interest of the Estate of RICHARD BOULANGER; the Estate of RICHARD BOULANGER<br><br>   See attachment<br><br>**Plaintiff,**<br>V.<br><br>**Defendant.** | Civil Action No.  18-cv-02557-BEN-LL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Joint Motion to Dismiss Defendants Brett Germain and Michael Pacheco, ECF No. 61, is GRANTED. Defendant's Motion to Dismiss Plaintiffs' SAC is GRANTED as follows: All Defendants are dismissed to the extent they are sued in their official capacity. All Doe Defendants are dismissed for want of prosecution pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiffs' first claim for relief for wrongful death under 42 U.S.C. §1983 is DISMISSED WITH PREJUDICE as it is not a cognizable claim under Section 1983, which only allows for survival actions. Plaintiffs' second claim for relief ( deliberate indifference to medical needs), third claim for relief (loss of familial relationship), fourth claim for relief (failure to properly train), and fifth claim for relief (Monell liability) are DISMISSED WITH PREJUDICE for failure to plead facts that could state a plausible claim for relief. Plaintiffs' sixth claim for relief for a survival action is also DISMISSED WITH PREJUDICE because Mr. Cavanaugh has failed to show he (1) is the successor in interest and (2) complied with the claim-filing requirements of the CGCA. Defendants' Motion to Strike is DENIED as moot.

**Date:**   11/13/20

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler

M. Exler, Deputy